| | AUSA: | John Turrettini | Telephone: (313) 226-9100 |
|---|---|---|---|
| | Special Agent: | Jimmie Pharr | Telephone: (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America

   v.

Lawrence Jones

Case No. 26-mj-30213

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 8, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jimmie Pharr, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 20, 2026__

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. Anthony P. Patti, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## I.      INTRODUCTION

1.      I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division.  I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Officer for the City of Detroit for approximately three years, 2013-2016. During my employment with the Detroit Police Department, I conducted and participated in numerous

criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2.      This affidavit is in support of a criminal complaint and application for an arrest warrant for Lawrence JONES for the crime of Title 18, U.S.C. § 922(g)(1), felon in possession of a firearm.

3.      The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II.    SUMMARY OF THE INVESTIGATION

4.      On April 8, 2026, at approximately 12:25 p.m. officers of the Detroit Police Department (DPD) were on patrol on Parkwood St. near Martin St. in Detroit, Michigan, in the Eastern District of Michigan. Officers were patrolling in a fully marked police vehicle when they observed a grey 2025 Chevrolet Trax, bearing Texas license plate number XFB2567, failing to use an indicating signal when leaving the curb. The officers conducted a U-turn in their patrol vehicle and observed the grey

Trax pulling back to the curb quickly. DPD officers activated their lights and sirens and initiated a traffic stop on the grey Trax.

5.      The officers exited their patrol vehicle and approached the grey Trax. Officers observed the front seat passenger, later identified as Lawrence JONES (B/M/XX-XX-XX88), holding an open bottle of vodka, a violation of Michigan State law. The officers requested assistance as the vehicle was occupied by four individuals. Additional officers arrived at the location, and they proceeded to escort all four individuals out of the grey Trax. Officers conducted a probable cause search of the vehicle for additional contraband and located an open box of .22LR caliber ammunition under the front passenger seat where JONES was seated.

6.      The officers entered JONES's name into the Law Enforcement Information Network (LEIN) and found he had multiple outstanding warrants for his arrest. The officers arrested JONES pursuant to the outstanding warrants and issued him ordinance violation #P1890156 for having open alcohol in a motor vehicle.

7.      DPD officers also issued the driver of the grey Trax, ordinance violation #P1890965 for Failing to Signal when leaving the curb. The driver and the other occupant were released and left the scene. After the grey Trax had pulled away from the curb, officers saw and recovered a

3

firearm lying in the street where the grey Trax had just been parked during the traffic stop.  The officers determined it was a Smith & Wesson pistol, model: 22 Compact, caliber; .22LR, loaded with nine rounds of CCI .22LR ammunition in the magazine of the firearm. Officers did not observe any other metal objects in the area where the Grey Chevy Trax was previously parked.

8.      Upon finding the firearm, DPD officers immediately re-located the grey Trax at Martin St and Clayton St. Officers conducted an additional traffic stop on the vehicle to retrieve the open box of ammunition for evidence. Officers recovered an open box of CCI .22LR ammunition from the vehicle and released the grey Trax from the second traffic stop.

9.      Officers returned to Parkwood St. and obtained and reviewed surveillance recorded video footage from 6897 Parkwood St. In the video, officers observed: the grey Trax pulled to the curb prior to the traffic stop; JONES opened the front passenger door and reached under the vehicle to discard an item, which created the sound of a metallic object hitting the pavement as it was discarded; JONES closed the front passenger door of the grey Trax. Jones discarded this metal object exactly where the officers recovered the gun immediately thereafter.

10.    Officers therefore added a carrying a concealed pistol charge as part of JONES' arrest, and they conveyed him to the Detroit Detention Center without incident. Officers queried the firearm in LEIN and discovered it had been reported stolen in Ohio. The Detroit Police Department secured the gun and ammunition as evidence.

11.    As an ATF Interstate Nexus Agent, I know that Smith & Wesson firearms are not manufactured in the State of Michigan. Therefore, it is in my preliminary opinion that the above stated firearm traveled in interstate or foreign commerce.

12.    JONES has the following criminal history:

   a.  2010, Felony: Larceny in a Building, 3rd Circuit Court of Michigan, Wayne County.

   b.  2012, Felony: Attempt Possession of Controlled Substance- Delivery/Manufacturing, 3rd Circuit Court of Michigan, Wayne County.

   c.  2014, Felony: Possession of Controlled Substance- Delivery/Manufacturing, 3rd Circuit Court of Michigan, Wayne County.

   d.  2023, Felony: Possession of Controlled Substance, 3rd Circuit Court of Michigan, Wayne County.

5

13.     JONES is a convicted felon and was convicted of violations that were punishable of more than one year in prison. Additionally, JONES was under Michigan Department of Corrections (MDOC) supervision for all his previous felony convictions.

## III.   CONCLUSION

14.     Probable cause exists that Lawrence JONES, a convicted felon, was in possession of a firearm, manufactured outside the state of Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

Respectfully submitted,

Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge
April 20, 2026

6